# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SANDRA POON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**VOW TO BE CHIC, INC.**, a Delaware corporation.<br><br>*Defendant*. | Case No. 17-cv-1456 |

## NOTICE OF SETTLEMENT

Plaintiff Sandra Poon ("Plaintiff" or "Poon") hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. On September 15, 2017, Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act, 42 U.S.C. § 227, *et seq.* ("TCPA"). (*See* Dkt. 1.)

2. Plaintiff and Defendant Vow to be Chic, Inc. ("Defendant' or "VTBC") have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's claims will be dismissed with prejudice.

3. The Parties are presently working to finalize a settlement agreement and believe a Notice of Dismissal will be filed within thirty (30) days.

Respectfully Submitted,

**SANDRA POON**, individually and on behalf of Classes of similarly situated individuals

Dated: November 8, 2017                By:   /s/ Joshua Pond
                                                             One of Plaintiff's Attorneys

Law Office of Siefman and Pond LLC
Joshua Pond
707 SW Washington Street
Suite 1410
Portland, OR 97205
503-726-1716
joshua@bettercallalawyer.com

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 E Mexico Avenue, Ste. 300
Denver, Colorado 80210
Tel: 720-213-0675

Blake J. Dugger*
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
1011 W. Colter St., #236
Phoenix, Arizona 85013
Telephone: (602) 441-3704
Facsimile: (888) 498-8946

*pro hac vice application to be filed

Attorney for Plaintiff and the Classes

2